IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TARA GAINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. |
| | ) |
| CITY OF SAVANNAH, JOSEPH LUMPKIN, SR, Individually and in his Capacity as Chief of Police for the Savannah Metropolitan Police Department, JOHN BEST, Individually and in his Office Capacity as Captain with the Savannah Metropolitan Police Department and CHRISTOPHER HEWETT, Individually and in his Official Capacity as Sergeant with the Savannah Metropolitan Police Department, | ) ) ) ) ) ) ) ) ) NOTICE OF REMOVAL ) ) |
| Defendants. | ) ) |

**TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA**

PLEASE TAKE NOTICE that Defendants Mayor and Aldermen of the City of Savannah ("City"), improperly named the City of Savannah, by and through their attorneys, Hunter, Maclean, Exley & Dunn, P.C., pursuant to 28 U.S.C. §§ 1446, hereby removes this action from the Superior Court of Chatham County, Georgia to the United States District Court for the Southern District of Georgia on the following grounds:

1.   On or about October 19, 2017, an action was commenced in the Superior Court of Chatham County, Georgia, entitled *Tara Gains v. CITY OF SAVANNAH, JOSEPH LUMPKIN, SR, Individually and in his Capacity as Chief of Police for the Savannah Metropolitan Police Department, JOHN BEST, Individually and in his Official Capacity as Captain with the*

*Savannah Metropolitan Police Department and CHRISTOPHER HEWETT, Individually and in his Official Capacity as Sergeant with the Savannah Metropolitan Police Department*, Case No. SPCV17-01010-MO (the "Superior Court Action").

2.	The City was served with a Summons and the Complaint on December 1, 2017.

3.	Plaintiff also named Joseph Lumpkin, Sr., John Best, and Christopher Hewett as defendants in the Superior Court Action.  However, none of these defendants have yet been served.  Therefore, pursuant to 28. U.S.C. § 1446(b)(2)(A), the City may properly file its Notice of Removal at this time without the consent of the other defendants.

### FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331

4.	Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of this action since, as indicated in the Complaint, Plaintiff's claims arise out of alleged violations of "Plaintiff's rights as secured under Title VII [of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.] and the Civil Rights Act of 1991," and therefore, this action arises under the Constitution, laws, or treaties of the United States.

5.	Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's state law claims since they are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the U.S. Constitution.

### ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

6.	Personal jurisdiction is proper in this case.  Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), venue is proper in this Court because the U.S. District Court for the Southern District of Georgia, Savannah Division, is the federal judicial district embracing the Superior Court of Chatham County, Georgia, where the Superior Court Action was originally filed.

7. Copies of all process, pleadings, orders, and other documents filed in the Superior Court Action are attached as Exhibit A.

8. This Notice of Removal is filed within thirty days of service of the Complaint on the City.

9. A true and correct copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Chatham County, Georgia.

10. Written notice of the filing of this Notice of Removal is being given to all adverse parties in this case.

WHEREFORE, the City gives notice that the Superior Court Action has been removed to this Honorable Court. By this Notice of Removal, the City does not waive any objections it may have as to service, jurisdiction, or venue, or any other defenses or objections it may have to this action; the City intends no admission of fact, law, or liability, and expressly reserves all defenses, motions, and pleas.

1269541-1

This 29th day of December, 2017.

                        HUNTER, MACLEAN, EXLEY & DUNN, P.C.

                        */s/ Shawn A. Kachmar*
                        Shawn A. Kachmar
                        Georgia Bar No. 405723
                        Rachel Young Fields
                        Georgia Bar No. 747407
                        *Attorneys for Mayor and Aldermen of the City of Savannah*
                        200 East Saint Julian Street
                        Post Office Box 9848
                        Savannah, GA 31412
                        Telephone:    (912) 236-0261
                        Facsimile:    (912) 236-4936
                        Email: skachmar@huntermaclean.com
                        Email: rfields@huntermaclean.com

                        W. BROOKS STILLWELL
                        City Attorney
                        Georgia Bar No. 682500
                        JENNIFER N. HERMAN
                        Deputy City Attorney
                        Georgia Bar No. 327017
                        *Attorneys for the Mayor and Alderman of the City of Savannah*
                        OFFICE OF THE CITY ATTORNEY
                        Post Office Box 1027
                        Savannah, Georgia 31402
                        Telephone:    (912) 525-3092
                        Facsimile:    (912) 525-3267
                        Email: bstillwell@savannahga.gov
                        Email: jherman@savannahga.gov

1269541-1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| TARA GAINES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. |
| CITY OF SAVANNAH, JOSEPH LUMPKIN, SR, Individually and in his Capacity as Chief of Police for the Savannah Metropolitan Police Department, JOHN BEST, Individually and in his Office Capacity as Captain with the Savannah Metropolitan Police Department and CHRISTOPHER HEWETT, Individually and in his Official Capacity as Sergeant with the Savannah Metropolitan Police Department, | ) ) ) ) ) ) ) ) ) NOTICE OF REMOVAL ) ) ) |
| Defendants. | ) ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing NOTICE OF REMOVAL upon all parties to this matter by depositing a true copy of the same in the United States Mail, proper postage prepaid, properly addressed to the following:

Pierre L. Ifill
Ifill Law Firm
Post Office Box 1968
Hinesville, Georgia 31310

1269541-1

This 29th day of December, 2017.

        HUNTER, MACLEAN, EXLEY & DUNN, P.C.

        */s/ Shawn A. Kachmar*
        Shawn A. Kachmar
        Georgia Bar No. 405723
        Rachel Young Fields
        Georgia Bar No. 747407
        *Attorneys for Mayor and Aldermen of the City of Savannah*
        200 East Saint Julian Street
        Post Office Box 9848
        Savannah, GA 31412
        Telephone:     (912) 236-0261
        Facsimile:     (912) 236-4936
        Email: skachmar@huntermaclean.com
        Email: rfields@huntermaclean.com

        W. BROOKS STILLWELL
        City Attorney
        Georgia Bar No. 682500
        JENNIFER N. HERMAN
        Deputy City Attorney
        Georgia Bar No. 327017
        *Attorneys for the Mayor and Alderman of the City of Savannah*
        OFFICE OF THE CITY ATTORNEY
        Post Office Box 1027
        Savannah, Georgia 31402
        Telephone:     (912) 525-3092
        Facsimile:     (912) 525-3267
        Email: bstillwell@savannahga.gov
        Email: jherman@savannahga.gov

1269541-1