FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV 20 PM 3: 04
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TARA GAINES, )
)
    Plaintiff, )
)
v. ) CV417-258
)
CITY OF SAVANNAH, *et al.*, )
)
    Defendants. )

## ORDER

Plaintiff's motion to stay the case pending medical treatment (doc. 24), which defendants do not oppose (doc. 26), is **GRANTED** in part. The case shall be stayed for 60 days while plaintiff undergoes treatment. After those 60 days, the parties are **ORDERED** to file a joint status report apprising the Court whether further time is needed and, if plaintiff is able to resume litigating the case, provide the Court with a proposed amended scheduling order.

The parties are free to stipulate to a dismissal without prejudice, per defendants' suggestion. *Id.* at 1 (consenting to "toll the applicable statute of limitations for the claims asserted . . . until Plaintiff is released by her physician to proceed with a lawsuit" as part of any stipulation to dismiss the case).

**SO ORDERED,** this 20th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA