# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TARA GAINES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV417-258 |
| CITY OF SAVANNAH, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

Given the parties' consent and plaintiff's ongoing medical treatment, doc. 32, the case shall be stayed for an additional 180 days. After the expiration of 180 days, the parties are **DIRECTED** to again apprise the Court of the necessity for any further stay or submit a joint proposed Amended Scheduling Order. The parties remain free to stipulate to a dismissal without prejudice, per defendants' suggestion. *See* doc. 26 at 1 (consenting to "toll the applicable statute of limitations for the claims asserted . . . until Plaintiff is released by her physician to proceed with a lawsuit" as part of any stipulation to dismiss the case).

**SO ORDERED,** this __25th__ day of April, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA