# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TARA GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-258 |
| | ) | |
| CITY OF SAVANNAH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This Court previously stayed this case due to plaintiff's ongoing medical treatment. Doc. 33. The parties have since requested an additional stay of 90 days. Doc. 35. Because the case has now been stayed for nearly two years, the Court ordered a telephonic conference to discuss the current status of the case. Doc. 36. Plaintiff's counsel indicated during the conference that he had not been able to contact his client since June of this year. Having heard from counsel for all parties, the Court will **GRANT** an additional 90 day stay. However, counsel for plaintiff is **DIRECTED** to exercise all reasonable means to contact his client and is further **DIRECTED** to submit to the Court at the expiration of this stay an affidavit detailing the efforts taken to comply with this order. Should plaintiff's counsel regain contact with his

client—or become aware of his client's death—he is also **DIRECTED** to inform the Court prior to the termination of the stay.

**SO ORDERED,** this 29th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA