# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TARA GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-258 |
| | ) | |
| CITY OF SAVANNAH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This Court previously stayed this case due to plaintiff's ongoing medical treatment. Doc. 38. The parties have since requested an additional stay of 60 days. Doc. 39. However, this case has now been stayed for over two years with little to show in the way of progress. The Court is cognizant of the seriousness of plaintiff's medical situation, but the state of discovery in this case is at best stagnating and at worst deteriorating. Accordingly, the parties are **DIRECTED** to file additional briefing with the Court within **ten days** from the date of this Order detailing how a stay of sixty days will alter the circumstances of this case enough to justify the imposition of a fifth stay. In the alternative, the parties may propose an alternative method for moving the case forward to

resolution if they believe it will be more supportive of plaintiff's medical situation.

**SO ORDERED,** this 29th day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA