# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TARA GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-258 |
| | ) | |
| CITY OF SAVANNAH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Because this case has been repeatedly stayed due to plaintiff's medical condition, *see e.g.*, doc. 40, the Court ordered the parties to provide additional information supporting their request for a continued stay. Having reviewed the submissions from the parties, it appears that they are in agreement that a dismissal without prejudice along with a tolling agreement is the best method for—at least temporarily—disposing of this case. Doc. 41, 42. Accordingly, counsel for the parties shall confer to prepare the appropriate documentation—including any necessary stipulated dismissal. If the parties determine that such a structure is no longer in their interest, they must certify to the Court in writing that they have been unable to temporarily resolve this case and instead wish to proceed. In addition to this certification, the parties

should prepare an amended Rule 26(f) Conference report and lay out deadlines for all remaining necessary discovery and motions practice. The parties shall have thirty days from the date of this Order to either file a stipulated dismissal or the Rule 26(f) Conference report.

**SO ORDERED,** this 5th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA