IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TARA GAINES, | |
| Plaintiff, | CIVIL ACTION NO.: 4:17-cv-258 |
| v. | |
| CITY OF SAVANNAH, et al., | |
| Defendants. | |

**O R D E R**

This matter came before the Court on the parties' Stipulation of Dismissal. (Doc. 44.) It has come to the Court's attention that it erroneously dismissed this action with prejudice. As such, the Court hereby **VACATES** its March 24, 2020 Order, (doc. 45).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action *without prejudice*. This case stands **CLOSED**.

**SO ORDERED**, this 8th day of June, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA